**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JOHNNY PAUL DODSON
ADC #77252                                                                                                      PLAINTIFF

V.                                          5:05CV00094 SWW/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction, et al.                                              DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' Motion to Dismiss (docket entry #7) is GRANTED, and the Complaint and Amended Complaint (docket entries #1 and #5) are DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted.

2. The dismissal of this action CONSTITUTES a "strike," as defined by 28 U.S.C. § 1915(g).

3. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

Dated this 7th day of February, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE